No. 606. RICHARDSON *v.* CHICAGO, ROCK ISLAND & GULF RY. CO. December 9, 1935. Petition for writ of certiorari to the Supreme Court of Texas and motion for

leave to proceed further *in forma pauperis* denied. *Mr. A. J. Richardson, pro se.* No appearance for respondent.